**EXHIBIT A**

*1937685*

| STATE OF GEORGIA | ) | In _____ Court |
|---|---|---|
| | ) ss | |
| COUNTY OF GWINNETT | ) | _____ Judicial (Circuit/District) |

CAPITAL ONE BANK
       Plaintiff

Vs.                                                                 Affidavit

STRICKLAND, BARBARA F
       Defendant

Personally appeared before me MARITZA ROBERTS, who being duly sworn, made oath that he/she is a duly authorized agent of CAPITAL ONE BANK, and that he/she is authorized to make this affidavit, and to the best of his/her knowledge and belief, STRICKLAND, BARBARA F, account number 4862362499618851 is/are justly indebted to CAPITAL ONE BANK, in the sum of $3884.42 Dollars as of 04/05/2007 for charges incurred with 28.10% interest from said date, and that the annexed account which is made part hereof, is a true and correct statement of said indebtedness. To the best of my knowledge, none of the above named defendant(s) is/are active duty in the military service of the United States or any of its allies as defined in the Soldiers and Sailor's Relief Act of 1940 with amendments, nor are they either incompetent or minor.

Given under my hand this 26th day of April, 2007.

_____
Affiant

Taken, subscribed and sworn to before me, **Maisha Davis** _____

Notary Public in and for the City/County and State aforesaid, in my City/County

aforesaid this 26th day of April, 2007.

_____
Notary Public

My commission expires on _____

A021
BLATT, HASENMILLER, LEIBSKER & MOORE, L.L.C.

MAISHA DAVIS
HENRY COUNTY, GEORGIA
MY COMMISSION EXPIRES
OCTOBER 24TH, 2010


Ex #1

**EXHIBIT B**

Case 1:08-cv-00034   Document 1-2   Filed 01/02/2008   Page 3 of 6

06062007

| | | |
|---|---|---|
| STATE OF GEORGIA | ) | In __Cook__ Court |
| | ) ss | |
| COUNTY OF GWINNETT | ) | |
| | | _____ Judicial (Circuit/District) |

CAPITAL ONE BANK
        Plaintiff
Vs.                                                                          Affidavit
LEE, YOLANDA A
        Defendant

Personally appeared before me MAISHA DAVIS, who being duly sworn, made oath that he/she is a duly authorized agent of CAPITAL ONE BANK, and that he/she is authorized to make this affidavit, and to the best of his/her knowledge and belief, LEE, YOLANDA A, account number 4121742351405546 is/are justly indebted to CAPITAL ONE BANK, in the sum of $2648.52 Dollars as of 06/21/2006 for credit card charges incurred with 26.74% interest from said date, and that the annexed account which is made part hereof, is a true and correct statement of said indebtedness. To the best of my knowledge, none of the above named defendant(s) is/are active duty in the military service of the United States or any of its allies as defined in the Soldiers and Sailor's Relief Act of 1940 with amendments, nor are they either incompetent or minor.

Given under my hand this 22nd day of June, 2006.

_/s/ Maisha D_____
Affiant

Taken, subscribed and sworn to before me, _____MYRA PRINDLE_____

Notary Public in and for the City/County and State aforesaid, in my City/County aforesaid this 22nd day of June, 2006.

                                                            _/s/ Myra Prindle_____
                                                           Notary Public

My commission expires on _____
                                                      MYRA PRINDLE
                                                      Notary Public
A203                                            Gwinnett County Georgia
FREEDMAN, ANSELMO, LINDBERG & RAPPE  My Commission Expires July 31st 2009

**EXHIBIT C**

07041564

| | | | |
|---|---|---|---|
| STATE OF GEORGIA | ) | In  Cook | Court |
| | ) ss | | |
| COUNTY OF GWINNETT | ) | | |

_____ Judicial (Circuit/District)

CAPITAL ONE BANK
        Plaintiff

Vs.                                                                                          Affidavit
LEE, YOLANDA A
        Defendant

Personally appeared before me MARITZA ROBERTS, who being duly sworn, made oath that he/she is a duly authorized agent of CAPITAL ONE BANK, and that he/she is authorized to make this affidavit, and to the best of his/her knowledge and belief, LEE, YOLANDA A, account number 4388642047144210 is/are justly indebted to CAPITAL ONE BANK, in the sum of $2533.26 Dollars as of 04/12/2007 for charges incurred with 29.20% interest from said date, and that the annexed account which is made part hereof, is a true and correct statement of said indebtedness. To the best of my knowledge, none of the above named defendant(s) is/are active duty in the military service of the United States or any of its allies as defined in the Soldiers and Sailor's Relief Act of 1940 with amendments, nor are they either incompetent or minor.

Given under my hand this 18th day of April, 2007.

_____
Affiant

Taken, subscribed and sworn to before me, _____Tracy Taylor_____

Notary Public in and for the City/County and State aforesaid, in my City/County aforesaid this 18th day of April, 2007.

_____ Notary Public

My commission expires on _____Tracy Taylor_____
                                    Notary Public
                                    Gwinnett County, Georgia
                                    Commission Expires Sept. 18th 2010

A203
FREEDMAN, ANSELMO, LINDBERG & RAPPE