**EXHIBIT A**

*1937685*

STATE OF GEORGIA          )          In _____ Court
                         ) ss
COUNTY OF GWINNETT        )          _____ Judicial (Circuit/District)

CAPITAL ONE BANK
                Plaintiff
Vs.                                              Affidavit
STRICKLAND, BARBARA F
                Defendant

Personally appeared before me MARITZA ROBERTS, who being duly sworn, made oath that he/she is a

duly authorized agent of CAPITAL ONE BANK, and that he/she is authorized to make this affidavit, and

to the best of his/her knowledge and belief, STRICKLAND, BARBARA F,  account number

4862362499618851 is/are justly indebted to CAPITAL ONE BANK, in the sum of $3884.42 Dollars as of

04/05/2007 for charges incurred with 28.10% interest from said date, and that the annexed account which is

made part hereof, is a true and correct statement of said indebtedness. To the best of my knowledge, none

of the above named defendant(s) is/are active duty in the military service of the United States or any of its

allies as defined in the Soldiers and Sailor's Relief Act of 1940 with amendments,

nor are they either incompetent or minor.

Given under my hand this 26th day of April, 2007.

_____
Affiant                                          **Maisha Davis**

Taken, subscribed and sworn to before me, _____

Notary Public in and for the City/County and State aforesaid, in my City/County

aforesaid this 26th day of April, 2007.

_____
                Notary Public

My commission expires on _____          MAISHA DAVIS
                                                                 HENRY COUNTY, GEORGIA
A021                                                             MY COMMISSION EXPIRES
BLATT, HASENMILLER, LEIBSKER & MOORE, L.L.C.                      OCTOBER 24TH, 2010



**EXHIBIT B**

06062007

| | | |
|---|---|---|
| STATE OF GEORGIA | ) | In _____Cook_____ Court |
| | ) ss | |
| COUNTY OF GWINNETT | ) | _____ Judicial (Circuit/District) |

CAPITAL ONE BANK

        Plaintiff

Vs.                                         Affidavit

LEE, YOLANDA A

        Defendant

Personally appeared before me MAISHA DAVIS, who being duly sworn, made oath that he/she is a duly

authorized agent of CAPITAL ONE BANK, and that he/she is authorized to make this affidavit, and to the

best of his/her knowledge and belief, LEE, YOLANDA A, account number 4121742351405546 is/are

justly indebted to CAPITAL ONE BANK, in the sum of $2648.52 Dollars as of 06/21/2006 for credit card

charges incurred with 26.74% interest from said date, and that the annexed account which is made part

hereof, is a true and correct statement of said indebtedness. To the best of my knowledge, none of the

above named defendant(s) is/are active duty in the military service of the United States or any of its allies

as defined in the Soldiers and Sailor's Relief Act of 1940 with amendments,

nor are they either incompetent or minor.

Given under my hand this 22nd day of June, 2006.

_____

Affiant

Taken, subscribed and sworn to before me, _____ MYRA PRINDLE _____

Notary Public in and for the City/County and State aforesaid, in my City/County

aforesaid this 22nd day of June, 2006.

_____

Notary Public

My commission expires on _____

                                  MYRA PRINDLE
                                    Notary Public

A203                             Gwinnett County Georgia

FREEDMAN, ANSELMO, LINDBERG & RAPPE  My Commission Expires July 31st 2009

**EXHIBIT C**

07041564

STATE OF GEORGIA          )          In _____Cook_____ Court
                         ) ss
COUNTY OF GWINNETT        )
                                    _____Judicial (Circuit/District)


CAPITAL ONE BANK
                    Plaintiff
Vs.                                                 Affidavit
LEE, YOLANDA A.
                    Defendant


Personally appeared before me MARITZA ROBERTS, who being duly sworn, made oath that he/she is a

duly authorized agent of CAPITAL ONE BANK, and that he/she is authorized to make this affidavit, and

to the best of his/her knowledge and belief, LEE, YOLANDA A,  account number 4388642047144210

is/are justly indebted to CAPITAL ONE BANK, in the sum of $2533.26 Dollars as of 04/12/2007 for

charges incurred with 29.20% interest from said date, and that the annexed account which is made part

hereof, is a true and correct statement of said indebtedness. To the best of my knowledge, none of the

above named defendant(s) is/are active duty in the military service of the United States or any of its allies

as defined in the Soldiers and Sailor's Relief Act of 1940 with amendments,

nor are they either incompetent or minor.


Given under my hand this 18th day of April, 2007.

_____
Affiant
                                    Tracy Taylor
Taken, subscribed and sworn to before me, _____

Notary Public in and for the City/County and State aforesaid, in my City/County

aforesaid this 18th day of April, 2007.

                                    _____
                                    Notary Public
                    Tracy Taylor
                    Notary Public
My commission expires on ___ Gwinnett County, Georgia _____
                    Commission Expires Sept. 18th 2010

A203
FREEDMAN, ANSELMO, LINDBERG & RAPPE

**<u>EXHIBIT D</u>**



Home    Company    Services    News    Investors    Careers    Contact



TSYS Debt Management

Collections and Recovery

Bankruptcy Management

National Attorney Network

Probate Management

TeleSkip

TSYS Recovery System

Contact Us

Home > Services > TSYS Debt Management > National Attorney Network

# National Attorney Network

Created by TSYS Debt Management (TDM), the National Attorney Network (NAN®) enables clients to manage large volumes of legal accounts with fewer employees and at a minimal cost. Accounts are routed to top attorney firms in all 50 states and Puerto Rico for immediate suit. Through the innovative use of technology, performance is tracked, and accounts are forwarded and recalled systemically.

Service is tailored to each creditor - for some that means NAN relationship analysts actively manage the attorney relationship, and for others, NAN provides the tools for creditors to better manage their attorneys. NAN has established a connection with all member firms that ensures daily reporting of information and enables the execution of specific routines built to create efficiencies for both clients and firms.

**NAN Services**

- Scoring: Creditors reap the rewards of immediate dollars collected - without money spent on court costs - and the continued revenue stream as judgments are awarded and collected.
- Performance Standards: In order to join NAN, attorney firms agree to adhere to the NAN Performance Standard, which can be customized to each client's goals and objectives. Standards ensure the ability to automate tracking and legal performance.
- Electronic Funds Transfers: NAN pulls collection dollars from each attorney firm's bank account on a daily basis, and reconciles and pushes net recoveries to creditor bank accounts electronically. Clients are provided with a single, easily manageable remittance.
- Electronic Auditing: Attorneys update NAN electronically on a daily basis with their activities, allowing timely reporting on all financial and non-financial activity, such as days-until service, suit and judgment.
- NAN.net: NAN provides online access to account-level information. A host of reports are available online as well as specialized data mining services.
- Geominer®: With this geographical-based software, creditors can review the status of accounts placed with attorneys anywhere in the United States. Performance and activity data are available on national, state, county and individual account levels.
- DebtQuery$^{SM}$: Creditors can define queries on portfolios to generate scenarios and strategies that can maximize recovery. DebtQuery can be used to generate lists for audit purposes, status research and viewing activity at the account level.
- On-line Affidavit Database: This feature allows clients to produce, track and deliver affidavits to attorneys, significantly reducing the time between filing suit and collecting money. The database also decreases the incidence of lost documentation, resulting in improved cash flow.
- SmartSIF$^{SM}$: This innovative, Internet tool provides creditors with a systemic, rapid response to settlement offers that fall below the blanket authority.
- Monthly Reports: NAN provides a full complement of performance reports on a monthly basis, including batch tracks, firm report cards, collection reports and

multiple NAN reports.

NAN also provides superior collection support services to banking, finance and retail firms, auto lenders, debt buyers, and telecommunication companies. Utilizing teams of experienced professionals, NAN works directly with the client to implement successful recovery strategies.

For more information about NAN, contact us at +1.800.922.7322 or sales@nan.net.

NAN Members - login to the system
(opens in new window)

Site Map | Careers with TSYS | Contact

© 2004 - 2008 TSYS. All rights reserved worldwide.

Print-Friendly Version

Copyright | Privacy

**<u>EXHIBIT E</u>**

11/28/2007    14:16    EXPRESS PACKAGING → 13129392741                    NO.206    P02

Complaint Small Claims                                                    81-310



UNITED STATES OF AMERICA

**STATE OF ILLINOIS**                                    **VERMILION COUNTY**

**IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT**

07060418
CAPITAL ONE BANK

|                          |   |
|--------------------------|---|
|                          | ] |
|                          | ] |
|                          | ] |
| Plaintiff,               | ] |
| v.                       | ] |
| SARAH E WILSON           | ] |
|                          | ] |
|                          | ] |
|                          | ] |
| Defendant(s)             | ] |

CASE NO. D) SC 1494  OCT 12 2007

Clerk of the Circuit Court
Vermilion County, Illinois

(File Stamp Here)

# SMALL CLAIMS COMPLAINT

    I, the undersigned, being duly sworn upon oath deposes and claim that the defendant(s) is/are indebted to the plaintiff(s) in the sum of $1895.39 as of October 10, 2007 for breach of contractual terms of a credit card agreement pursuant to the use of the card by the defendant(s), plus, if applicable, contractual interest as called for in the terms,  at 20.65%, plus attorneys fees as provided for in the agreement and that the plaintiff(s) CAPITAL ONE BANK    has/have demanded payment of said sum; that the defendant(s) SARAH E WILSON        reside(s) at 1018 ROBINSON ST, DANVILLE IL 61832-3857 ; that the plaintiff(s) CAPITAL ONE BANK    reside(s) at 4851 Cox Road, Glen Allen, VA 23060

_____

Signature for the Plaintiff or Attorney for Plaintiff

Louis S. Freedman
Freedman Anselmo Lindberg & Rappe LLC
PO Box 3228   Naperville, IL 60566-7228
630/983-0770  Fax No. 630-983-3726
Attorney No. Dupage 42005  Kane 031-26104
    Peoria 1794  Winnebago 3802  IL 03126232

P002CC
CF 89-29

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**

11/28/2007  14:16        EXPRESS PACKAGING → 13129392741                    NO.206    P03

07060418

| | |
|---|---|
| STATE OF GEORGIA | ) |
| | ) ss |
| COUNTY OF GWINNETT | ) |

In _Vermillion_____ Court

_____Judicial (Circuit/District)

CAPITAL ONE BANK
              Plaintiff

Vs.

WILSON, SARAH E
              Defendant

Affidavit

Personally appeared before me MARITZA ROBERTS, who being duly sworn, made oath that he/she is a

duly authorized agent of CAPITAL ONE BANK, and that he/she is authorized to make this affidavit, and

to the best of his/her knowledge and belief, WILSON, SARAH E,  account number 4388642107786017

is/are justly indebted to CAPITAL ONE BANK, in the sum of $1828.06 Dollars as of 06/11/2007 for

charges incurred with 20.65% interest from said date, and that the annexed account which is made part

hereof, is a true and correct statement of said indebtedness. To the best of my knowledge, none of the

above named defendant(s) is/are active duty in the military service of the United States or any of its allies

as defined in the Soldiers and Sailor's Relief Act of 1940 with amendments,

nor are they either incompetent or minor.

Given under my hand this 12th day of June, 2007.

_____
Affiant

Taken, subscribed and sworn to before me, _____  Charsha Davis

Notary Public in and for the City/County and State aforesaid, in my City/County

aforesaid this 12th day of June, 2007.

_____
Notary Public

My commission expires on _____

A203
FREEDMAN, ANSELMO, LINDBERG & RAPPE

**<u>EXHIBIT F</u>**

STATE OF INDIANA

COUNTY OF LAWRENCE

CAPITAL ONE BANK

       Plaintiff,

vs.

LINDA S LAWHORN

       Defendant(s),

IN THE SUPERIOR/CIRCUIT COURT
ROOM NO. _____
CAUSE NO. 47C01-0712-cc-1771



FILED

DEC 1 2 2007

CLERK LAWRENCE CIRCUIT COURT

## COMPLAINT

COMES NOW the Plaintiff, CAPITAL ONE BANK, by counsel,
and for its claim for relief against Defendant(s),   LINDA S LAWHORN alleges and says:

(1)  Plaintiff is a national bank authorized to do business in the State of Indiana and the
Defendant(s) is/are a resident of the COUNTY OF LAWRENCE, Indiana.

(2)  The Defendant(s) opened a charge account with CAPITAL ONE BANK, agreeing
to make monthly payments as required by the terms of the Charge Agreement, for purchases
charged to the account.

(3)  The Defendant did make purchases and charged same to the account, but Defendant(s) failed
to make the monthly payments called for on the account.  There is an account stated in the
amount of $6138.71. See Plaintiff's Exhibit No. 1.

(4)  Plaintiff, declared Defendant(s) to be in default and demands payment of the balance.

WHEREFORE, the Plaintiff prays for judgment against Defendant(s) in the amount of $6,138.71 plus costs
and interest at the rate of 8% per annum, pursuant to IC 24-4.6-1-101.

Blatt, Hasenmiller, Leibsker & Moore, LLC
350 East New York Street, Suite 240
Indianapolis, IN 46204
(866) 269-9858

THIS COMMUNICATION IS FROM A DEBT COLLECTOR

Ref: 1999678
INCOMP(04/2004)IG1

1999078

| | |
|---|---|
| STATE OF GEORGIA ) | In ___Circuit___ Court |
| ) ss | |
| COUNTY OF GWINNETT ) | _____ Judicial (Circuit/District) |

47C01-0712-CC-1771

CAPITAL ONE BANK

      Plaintiff

Vs.
                                  Affidavit

LAWHORN, LINDA S

      Defendant

Personally appeared before me DELINDA BROWN, who being duly sworn, made oath that he/she is an authorized

agent of CAPITAL ONE BANK, and that he/she is authorized to make this affidavit: and to the best of his/her

knowledge and belief, LAWHORN, LINDA S,  account number            is/are justly indebted to

CAPITAL ONE BANK, in the sum of $6138.71 dollars as of  08/16/2007 for charges incurred with 28.10% interest.

To the best of my knowledge, none of the above named defendant(s) is/are active duty in the military service of the

United States or any of its allies as defined in the Soldiers and Sailor's Relief Act of 1940 with amendments.

Given under my hand this 14th day of September, 2007.

_____

Affiant

Taken, subscribed and sworn to before me, _____
                                 MARITZA L. ROBERTS

Notary Public in and for the City/County and State aforesaid, in my City/County

aforesaid this 14th day of September, 2007.

_____

               Notary Public

                            MARITZA L. ROBERTS
                        NOTARY PUBLIC, DEKALB COUNTY, GA
                        MY COMMISSION EXPIRES 4-10-201?

My commission expires on _____

A021

BLATT, HASENMILLER, LEIBSKER & MOORE, L.L.C.

**EXHIBIT G**

1210V5

**Time of Request:** Monday, January 07, 2008   11:57:58 EST
**Client ID/Project Name:** 430
**Number of Lines:** 7090
**Job Number:**      1823:68049447

Research Information

**Service:**   Terms and Connectors Search
**Print Request:** Selected Document(s): 1-1000
**Source:** IL Public Records, Combined
**Search Terms:** date(>January 2, 2007) & (07!) & (FREEDMAN)  & "capital one"

**Send to:**  EDELMAN, DAN
              EDELMAN COMBS & LATTURNER
              120 S LA SALLE ST FL 18
              CHICAGO, IL 60603-3593

1. ABALOS; LINA, 07M1 0104804, 8/14/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
**CAPITAL ONE** F S B
**FREEDMAN** ANSELMO L & R

2. ABDALLAH; KATAY, 07M1 0171001, 9/4/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**FREEDMAN** ANSELMO LINDBERG & RAPPE

3. ABU-ASSAF; FERRAS, 07M1 0107639, 3/20/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**FREEDMAN** ANSELMO L & R

4. ADAMS; ALEXIS G, 07M1 0118026, 4/17/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**FREEDMAN** ANSELMO LINDBERG AND ...

5. ADAMS; CARLOS L, 07M1 0105001, 8/14/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**FREEDMAN** ANSELMO L & R

6. ADAMS;GREGORY W, 07SC 0002254, 5/9/2007, JUDGMENT, LAKE COUNTY, ILLINOIS
**CAPITAL ONE** BANK
LOUIS **FREEDMAN**

7. ADAMS;JILL, 07SC 0005438, 9/24/2007, JUDGMENT, ST. CLAIR COUNTY, ILLINOIS
**CAPITAL ONE** BANK
LOUIS S **FREEDMAN**

8. ADAMS; MARY, 07M1 0202242, 11/27/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**FREEDMAN** ANSELMO L & R

9. ADAMS; WALTER L, 07M1 0121034, 9/18/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**FREEDMAN** ANSELMO LINDBERG & RAPPE

10. ADEKOYA; ADEREMI, 07M1 0151188, 9/18/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**FREEDMAN** ANSELMO LINDBERG & RAPPE

11. ADEPOJU;DORIS, 07SC 0000404, 2/28/2007, JUDGMENT, LAKE COUNTY, ILLINOIS
**CAPITAL ONE** BANK
LOUIS **FREEDMAN**

12. AGNEW; JOYCE E, 07M1 0102242, 2/27/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**FREEDMAN** ANSELMO LINDBERG & RAPPE

**CAPITAL ONE** BANK
**FREEDMAN** ANSELMO L & R

996. MICHALS; GEORGE, 07M1 0111104, 6/5/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**FREEDMAN** ANSELMO LINDBERG & RAPPE

997. MIETUS;JENNIFER M, 07SC 0000697, 10/23/2007, JUDGMENT, KENDALL COUNTY, ILLINOIS
**CAPITAL ONE** BANK
LOUIS S **FREEDMAN**

998. MIGACZ;JAMES, 07SC 0002528, 6/20/2007, JUDGMENT, KANE COUNTY, ILLINOIS
**CAPITAL ONE** FSB
LOUIS SCOTT **FREEDMAN**

999. MILES; DOREAN, 07M1 0133287, 9/25/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL
DISTRICT
**CAPITAL ONE** BANK
**FREEDMAN** ANSELMO LINDBERG & RAPPE

1000. MILIAN;CONRAD, 07SR 0001622, 11/30/2007, GARNISHMENT, DUPAGE COUNTY, ILLINOIS
**CAPITAL ONE** BANK
**FREEDMAN** ANSELMO LINDBERG & RAPPE  ...

1210V5

********** Print Completed **********

Time of Request: Monday, January 07, 2008  11:57:58 EST

Print Number:    1823:68049447
Number of Lines: 7090
Number of Pages:

Send To:  EDELMAN, DAN
          EDELMAN COMBS & LATTURNER
          120 S LA SALLE ST FL 18
          CHICAGO, IL 60603-3593

1210V5

**Time of Request:** Monday, January 07, 2008  11:58:23 EST
**Client ID/Project Name:** 430
**Number of Lines:** 4336
**Job Number:**     2822:68049520

Research Information

**Service:**   Terms and Connectors Search
**Print Request:** Selected Document(s): 1001-1610
**Source:** IL Public Records, Combined
**Search Terms:** date(>January 2, 2007) & (07!) & (FREEDMAN)  & "capital one"

**Send to:**  EDELMAN, DAN
             EDELMAN COMBS & LATTURNER
             120 S LA SALLE ST FL 18
             CHICAGO, IL 60603-3593

1001. MILICH; MITCH, 07M1 0150244, 9/18/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**FREEDMAN** ANSELMO LINDBERG & RAPPE

1002. MILK;PAUL, 07SC 0000589, 4/27/2007, JUDGMENT, KANKAKEE COUNTY, ILLINOIS
**CAPITAL ONE** BANK
LOUIS S **FREEDMAN**

1003. MILLA; NANCY, 07M1 0185634, 10/16/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**FREEDMAN** ANSELMO LINDBERG & RAPPE

1004. MILLER; JESSIE, 07M1 0137021, 8/7/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**FREEDMAN** ANSELMO LINDBERG & RAPPE

1005. MILLER;JUANITA, 07SC 0008248, 11/28/2007, JUDGMENT, LAKE COUNTY, ILLINOIS
**CAPITAL ONE** BANK
LOUIS **FREEDMAN**

1006. MILLER; MICHAEL, 07M1 0180458, 11/27/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**FREEDMAN** ANSELMO L & R

1007. MILLER;MARCEEN L, 07SR 0001376, 8/6/2007, JUDGMENT, DUPAGE COUNTY, ILLINOIS
**CAPITAL ONE** BANK
LOUIS S **FREEDMAN**

1008. MILLER; RUTH, 07M1 0154128, 10/2/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
**CAPITAL ONE** F S B
**FREEDMAN** ANSELMO LINDBERG & RAPPE

1009. MILLER; YOLANDA F, 07M1 0122609, 7/24/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**FREEDMAN** ANSELMO LINDBERG & RAPPE

1010. MILLETTE; MARGARET A., 07SC 0000255, 4/12/2007, JUDGMENT, DUPAGE COUNTY, ILLINOIS
**CAPITAL ONE** BANK
LOUIS S. **FREEDMAN**

1011. MILTENBERGER; COLLEEN, 07M1 0159882, 10/9/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**FREEDMAN** ANSELMO LINDBERG

1012. MINNES; ADRIENNE K, 07M1 0154126, 9/18/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**FREEDMAN** ANSELMO LINDBERG

**CAPITAL ONE** BANK
**FREEDMAN** ANSELMO LINDBERG

1601. ZIMMERMAN; NOLITA J, 07M1 0110625, 10/15/2007, GARNISHMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**FREEDMAN** ANSELMO L & R

1602. ZIMMERMANN; NOLITA J, 07M1 0110625, 8/14/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**FREEDMAN** ANSELMO LINDBERG & RAPPE

1603. ZIYAD; LILAH, 07M1 0110627, 3/27/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**FREEDMAN** ANSELMO LINDBERG & RAPPE

1604. ZONS; RALPH D, 07M1 0109171, 4/17/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
**CAPITAL ONE** FSB
**FREEDMAN** ANSELMO LINDBERG & RAPPE

1605. ZOUMAH; CHRISTY P, 07M1 0185648, 10/16/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**FREEDMAN** ANSELMO LINDBERG & RAPPE

1606. ZUBRICKAS; EDWARD J, 07M1 0121036, 7/10/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
LOUIS S **FREEDMAN**

1607. ZUBRICKAS; EDWARD J, 07M1 0121036, 8/28/2007, VACATED JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
7/10/2007
LOUIS S **FREEDMAN**

1608. ZUNIGA; ROBERT, 07M1 0109612, 10/23/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**FREEDMAN** ANSELMO LINDBERG & RAPPE

1609. ZWOLINSKI;CHRISTOPHER J, 07SC 0007376, 11/7/2007, JUDGMENT, LAKE COUNTY, ILLINOIS
**CAPITAL ONE** BANK
LOUIS **FREEDMAN**

1610. ZYZDA; JOYCE A, 07M1 0159898, 10/30/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**FREEDMAN** ANSELMO LINDBERG & RAPPE

1210V5

********** Print Completed **********

Time of Request: Monday, January 07, 2008  11:58:23 EST

Print Number:    2822:68049520
Number of Lines: 4336
Number of Pages:

Send To:   EDELMAN, DAN
           EDELMAN COMBS & LATTURNER
           120 S LA SALLE ST FL 18
           CHICAGO, IL 60603-3593

**<u>EXHIBIT H</u>**

1210V5

**Time of Request:** Monday, January 07, 2008  14:36:09 EST
**Client ID/Project Name:** 430
**Number of Lines:** 6473
**Job Number:**      2842:68080608

Research Information

**Service:**   Terms and Connectors Search
**Print Request:** All Documents 1-913
**Source:** IL Public Records, Combined
**Search Terms:** date(>January 2, 2007) and date(<june 1, 2007) & (07!) & (blatt /2
has!)  & "capital one" and not(garnishment)

**Send to:**  EDELMAN, DAN
             EDELMAN COMBS & LATTURNER
             120 S LA SALLE ST FL 18
             CHICAGO, IL 60603-3593

1. ABED; ABDEL A, 07M1 0107382, 3/15/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**BLATT HASENMILLER** LEIBSKER & MOORE

2. ABENDROTH; SHANNON, 07M1 0120468, 4/17/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**BLATT HASENMILLER** L & M

3. ABREGO; DANIEL, 07M1 0132703, 5/29/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**BLATT HASENMILLER** L & M

4. ADAMS; AARON CARTER, 07M1 0103989, 3/12/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**BLATT HASENMILLER** LEIBSKER & MOORE

5. AFOLAYAN; JAMES, et al., 07M1 0117234, 4/9/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**BLATT HASENMILLER** LEIBSKER AND MOORE

6. ALBA; JOSEPH A, 07M1 0118810, 4/16/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**BLATT HASENMILLER** L & M

7. ALBARRAN; MARIA, 07M1 0101029, 5/1/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**BLATT HASENMILLER** L & M

8. ALEXANDER; MARY, 07M1 0118151, 4/3/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**BLATT HASENMILLER** L & M

9. ALFARO; LUCIA, 07SC 0000032, 2/2/2007, JUDGMENT, DUPAGE COUNTY, ILLINOIS
**CAPITAL ONE** BANK
**BLATT, HASENMILLER**

10. ALHINNAWI; AHMAD A, 07M1 0112218, 3/27/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**BLATT HASENMILLER** L & M

11. ALLEN; ANGELA D, 07M1 0103519, 3/6/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**BLATT HASENMILLER** L & M

12. ALLEN; AUDREY A, 07M1 0103512, 5/8/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
**CAPITAL ONE** BANK

**BLATT HASENMILLER** L & M

908. ZEA;JACK W, 07SC 0000437, 3/19/2007, JUDGMENT, MCHENRY COUNTY, ILLINOIS
**CAPITAL ONE** BANK
**BLATT, HASENMILLER,** LEIBSKER & MOORE

909. ZEHNDER; PAT, 07M1 0126128, 5/29/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL
DISTRICT
**CAPITAL ONE** BANK
**BLATT HASENMILLER** L & M

910. ZELINKA; RANDY, 07SC 0000011, 2/5/2007, JUDGMENT, DUPAGE COUNTY, ILLINOIS
**CAPITAL ONE** BANK
**BLATT, HASENMILLER**

911. ZIELINSKI; SUSAN L, 07M1 0110567, 3/26/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**BLATT HASENMILLER** LEIBSKER & MOORE

912. ZUBERI; MOHAMMAD, 07SC 0001607, 3/23/2007, JUDGMENT, DUPAGE COUNTY, ILLINOIS
**CAPITAL ONE** BANK
**BLATT, HASENMILLER**

913. ZUNIGA; MANUEL A, 07M1 0121609, 4/17/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**BLATT HASENMILLER** LEIBSKER AND MOORE

1210V5

********** Print Completed **********

Time of Request: Monday, January 07, 2008  14:36:09 EST

Print Number:    2842:68080608
Number of Lines: 6473
Number of Pages:

Send To:  EDELMAN, DAN
          EDELMAN COMBS & LATTURNER
          120 S LA SALLE ST FL 18
          CHICAGO, IL 60603-3593

**<u>EXHIBIT I</u>**

1210V5

**Time of Request:** Monday, January 07, 2008  14:38:44 EST
**Client ID/Project Name:** 430
**Number of Lines:** 7130
**Job Number:**     1823:68081202

Research Information

**Service:**    Terms and Connectors Search
**Print Request:** Selected Document(s): 1-1000
**Source:** IL Public Records, Combined
**Search Terms:** date(>June 1, 2007) & (07!) & (blatt /2 has!)  & "capital one" and not(garnishment)

**Send to:**  EDELMAN, DAN
        EDELMAN COMBS & LATTURNER
        120 S LA SALLE ST FL 18
        CHICAGO, IL 60603-3593

1. ABBAS;ABD M, 07SR 0001138, 11/9/2007, JUDGMENT, DUPAGE COUNTY, ILLINOIS
**CAPITAL ONE** BANK
**BLATT HASENMILLER** LEIBSKER & MOORE

2. ABBASI; SAWSAN, et al., 07M1 0143224, 11/5/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**BLATT HASENMILLER** LEIBSKER & MOORE

3. ABDULAHAD; BERNADETT M, 07M1 0123254, 10/10/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**BLATT HASENMILLER** L & M

4. ABDULHAQQ; STEPHEN T, et al., 07M1 0163602, 11/19/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**BLATT HASENMILLER** L & M

5. ABEL; STUART, 07M1 0143164, 6/19/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL
DISTRICT
**CAPITAL ONE** BANK
**BLATT HASENMILLER** L & M

6. ABERNATHY;WALTER P, 07AR 0001059, 9/18/2007, JUDGMENT, ST. CLAIR COUNTY, ILLINOIS
**CAPITAL ONE** BANK
**BLATT,HASENMILLER,**LEIBSKER AND MOORE  ...

7. ABIC; NADA N , et al., 07M1 0106352, 10/11/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**BLATT HASENMILLER** L & M

8. ABORDO; NANNYLETT, et al., 07M1 0143083, 6/19/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**BLATT HASENMILLER** LEIBSKER AND MOORE

9. ABOUSAMRA; ALBERT, 07M1 0184880, 11/15/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**BLATT HASENMILLER** LEIBSKER & MOORE

10. ABRAHAM;GARY, 07SC 0001410, 6/4/2007, JUDGMENT, MCHENRY COUNTY, ILLINOIS
**CAPITAL ONE** BANK
**BLATT, HASENMILLER,** LEIBSKER & MOORE

11. ABRIL;CARMINA, 07SC 0003343, 6/4/2007, JUDGMENT, DUPAGE COUNTY, ILLINOIS
**CAPITAL ONE** BANK
**BLATT, HASENMILLER**

12. ABUFAKUSEH; NASSER M, 07M1 0161001, 11/19/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**BLATT HASENMILLER** L & M

990. JASHEL; LARRY S, 07M1 0119068, 10/2/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL
DISTRICT
**CAPITAL ONE** BANK
**BLATT HASENMILLER** L & M

991. JASSIM; SAMIR, 07M1 0164117, 8/6/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL
DISTRICT
**CAPITAL ONE** BANK
**BLATT HASENMILLER** L & M

992. JAVELONA; CHARITO S, 07M1 0190018, 11/1/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**BLATT HASENMILLER** L & M

993. JAVORSKA;GALINA, 07SR 0001362, 8/6/2007, JUDGMENT, DUPAGE COUNTY, ILLINOIS
**CAPITAL ONE** BANK
**BLATT HASENMILLER**

994. JEANTY; ELSIE H, et al., 07M1 0144581, 6/21/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**BLATT HASENMILLER** L & M

995. JEFFERS; DONALD, 07M1 0174159, 9/25/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**BLATT HASENMILLER** L & M

996. JEFFERSON; EARNESTIN, 07M1 0186420, 10/23/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**BLATT HASENMILLER** LEIBSKER & MOORE

997. JEFFERY; DONNA B, et al., 07M1 0152027, 7/9/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**BLATT HASENMILLER** L & M

998. JEFFRIES; JOEL A, et al., 07M1 0152035, 7/9/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**BLATT HASENMILLER** L & M

999. JENKINS; LATOYA S, et al., 07M1 0149691, 7/3/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**BLATT HASENMILLER** L & M

1000. JENKINS; MARSHALL, 07M1 0172340, 9/13/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**BLATT HASENMILLER** L & M

1210V5

********** Print Completed **********

Time of Request: Monday, January 07, 2008  14:38:44 EST

Print Number:    1823:68081202
Number of Lines: 7130
Number of Pages:

Send To:  EDELMAN, DAN
          EDELMAN COMBS & LATTURNER
          120 S LA SALLE ST FL 18
          CHICAGO, IL 60603-3593

1210V5

**Time of Request:** Monday, January 07, 2008  14:39:03 EST
**Client ID/Project Name:** 430
**Number of Lines:** 7130
**Job Number:**    1822:68081258

Research Information

**Service:**   Terms and Connectors Search
**Print Request:** Selected Document(s): 1001-2000
**Source:** IL Public Records, Combined
**Search Terms:** date(>June 1, 2007) & (07!) & (blatt /2 has!)  & "capital one" and
not(garnishment)

**Send to:**  EDELMAN, DAN
             EDELMAN COMBS & LATTURNER
             120 S LA SALLE ST FL 18
             CHICAGO, IL 60603-3593

1001. JENKINS; JULIUS, 07M1 0134082, 10/4/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**BLATT HASENMILLER** L & M

1002. JENNINGS; WILLIAM P, 07M1 0143477, 6/19/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**BLATT HASENMILLER** LEIBSKER AND MOORE

1003. JEREZ; JOHNNY S, 07M1 0185101, 10/23/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**BLATT HASENMILLER** L & M

1004. JERSTAD;SHANNON H, et al., 07SC 0004360, 7/6/2007, JUDGMENT, DUPAGE COUNTY, ILLINOIS
**CAPITAL ONE** BANK
**BLATT, HASENMILLER**

1005. JEWELL; MARY L, et al., 07M1 0181440, 10/16/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**BLATT HASENMILLER** L & M

1006. JEZIORKOWSKI; KATHY , et al., 07M1 0123241, 10/4/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**BLATT HASENMILLER** L & M

1007. JIMENEZ; SILVIA, et al., 07M1 0143022, 6/19/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**BLATT HASENMILLER** L & M

1008. JIMENEZ; BLANCA, 07M1 0128487, 10/4/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**BLATT HASENMILLER** L & M

1009. JIMINEZ; AURELIO A, et al., 07M1 0143023, 6/19/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**BLATT HASENMILLER** L & M

1010. JIMOH; CELESTINE, 07M1 0189868, 11/1/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**BLATT HASENMILLER** L & M

1011. JINKS; SHARON L, et al., 07M1 0177396, 10/4/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**BLATT HASENMILLER** L & M

1012. JOHNICAN;JEANINE, 07SC 0002203, 11/5/2007, JUDGMENT, KANKAKEE COUNTY, ILLINOIS
**CAPITAL ONE** BANK
**BLATT HASENMILLER** LEIBSKER & MOORE LLC

1989. VACULIK; GRACE C, 07M1 0179448, 10/11/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**BLATT HASENMILLER** LEIBSKER & MOORE

1990. VALDEZ; MARIA, 07M1 0140710, 6/7/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**BLATT HASENMILLER** L & M

1991. VALDEZ; RONALDO, 07M1 0189775, 11/1/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**BLATT HASENMILLER** L & M

1992. VALINO; LUCIANITA A, 07M1 0144666, 6/21/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**BLATT HASENMILLER** L & M

1993. VANDERBILT; ANGELIQUE D, 07M1 0172748, 9/13/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**BLATT HASENMILLER** L & M

1994. VANELLIS; MERRICK, 07M1 0149616, 7/3/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**BLATT HASENMILLER** LEIBSKER AND MOORE

1995. VANSICKLE; JOHN A, et al., 07M1 0140856, 6/14/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**BLATT HASENMILLER** L & M

1996. VARCHO;ANDREW A, 07SC 0006282, 9/14/2007, JUDGMENT, DUPAGE COUNTY, ILLINOIS
**CAPITAL ONE** BANK
**BLATT HASENMILLER** LEIBSKER & MOORE

1997. VARGAS; ERLINDA, et al., 07M1 0198065, 11/29/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**BLATT HASENMILLER** L & M

1998. VARGAS; OMAR, 07M1 0139171, 6/12/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**BLATT HASENMILLER** L & M

1999. VASILI; SILLO, 07M1 0118775, 6/18/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**BLATT HASENMILLER** L & M

2000. VASSILEV;VASSIL, 07SC 0008109, 11/19/2007, JUDGMENT, DUPAGE COUNTY, ILLINOIS
**CAPITAL ONE** BANK
**BLATT HASENMILLER** LEIBSKER

1210V5

********** Print Completed **********

Time of Request: Monday, January 07, 2008  14:39:03 EST

Print Number:    1822:68081258
Number of Lines: 7130
Number of Pages:

Send To:  EDELMAN, DAN
          EDELMAN COMBS & LATTURNER
          120 S LA SALLE ST FL 18
          CHICAGO, IL 60603-3593

1210V5

**Time of Request:** Monday, January 07, 2008  14:39:16 EST
**Client ID/Project Name:** 430
**Number of Lines:** 1049
**Job Number:**      1862:68081292

Research Information

**Service:**   Terms and Connectors Search
**Print Request:** Selected Document(s): 2001-2147
**Source:** IL Public Records, Combined
**Search Terms:** date(>June 1, 2007) & (07!) & (blatt /2 has!)  & "capital one" and
not(garnishment)

**Send to:**  EDELMAN, DAN
             EDELMAN COMBS & LATTURNER
             120 S LA SALLE ST FL 18
             CHICAGO, IL 60603-3593

2001. VAUGHN; DEWANDA L, 07M1 0149615, 7/3/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**BLATT HASENMILLER** LEIBSKER & MOORE

2002. VAUGHN; HENRIETTA, et al., 07M1 0140855, 6/14/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**BLATT HASENMILLER** L & M

2003. VAZQUEZOLIVERA; ROBERT, 07M1 0146356, 6/26/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**BLATT HASENMILLER** L & M

2004. VEAL; WALTER, 07M1 0144459, 6/21/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**BLATT HASENMILLER** L & M

2005. VEALS; BEVERLY A, 07M1 0103138, 11/8/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**BLATT HASENMILLER** L & M

2006. VELAZQUEZ; ANTHONY, 07M1 0196074, 11/20/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**BLATT HASENMILLER** L & M

2007. VENSON; PHILLIP, et al., 07M1 0198067, 11/29/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**BLATT HASENMILLER** L & M

2008. VILIM;MICHAEL R, 07SC 0003066, 11/27/2007, JUDGMENT, DUPAGE COUNTY, ILLINOIS
**CAPITAL ONE** BANK
**BLATT HASENMILLER** LEIBSKER & MOORE

2009. VILLAGOMEZ;HERIBERTO, 07SC 0001093, 6/25/2007, JUDGMENT, KANKAKEE COUNTY, ILLINOIS
**CAPITAL ONE** BANK
**BLATT HASENMILLER** LEIBSKER & MOORE LLC

2010. VILLAREAL; DEBORA L, 07M1 0192161, 11/8/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**BLATT HASENMILLER** L & M

2011. WASHINGTON; LATOYA, 07M1 0142325, 6/19/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**BLATT HASENMILLER** L & M

2012. WASHINGTON; RICKEY D, 07M1 0114815, 12/18/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**BLATT HASENMILLER** L & M

2145. ZUFAN; THERESA A, 07M1 0137724, 6/14/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**BLATT HASENMILLER** L & M

2146. ZUNIGA; MANUEL A, 07M1 0159536, 7/30/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**BLATT HASENMILLER** L & M

2147. ZUNIGA; MYRNA, et al., 07M1 0169168, 12/4/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
**CAPITAL ONE** BANK
**BLATT HASENMILLER** L & M

1210V5

********** Print Completed **********

Time of Request: Monday, January 07, 2008  14:39:16 EST

Print Number:    1862:68081292
Number of Lines: 1049
Number of Pages:

Send To:  EDELMAN, DAN
          EDELMAN COMBS & LATTURNER
          120 S LA SALLE ST FL 18
          CHICAGO, IL 60603-3593

**<u>EXHIBIT J</u>**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

BARBARA F. STRICKLAND,       )
YOLANDA LEE,                 )
on behalf of plaintiffs and the class )
described herein,            )
                             )
             Plaintiff,      )          08 C 34
                             )          Judge Lindberg
       vs.                   )          Magistrate Judge Geraldine Soat Brown
                             )
TSYS TOTAL DEBT MANAGEMENT   )
       INC. d/b/a NATIONAL   )
       ATTORNEY  NETWORK,    )
                             )
             Defendant.      )

## DECLARATION OF DANIEL A. EDELMAN

   Daniel A. Edelman declares under penalty of perjury, as provided for by  28 U.S.C.  §1746, that the following statements are true:

   **1.**  Edelman, Combs, Latturner & Goodwin, LLC, has 5 principals, Daniel A. Edelman, Cathleen M. Combs, James O. Latturner, Tara L. Goodwin, and Michelle R. Teggelaar and 10 associates.

   **2.**  **Daniel A. Edelman** is a 1976 graduate of the University of Chicago Law School.  From 1976 to 1981 he was an associate at the Chicago office of Kirkland & Ellis with heavy involvement in the defense of consumer class action litigation (such as the General Motors Engine Interchange cases).  In 1981 he became an associate at Reuben & Proctor, a medium-sized firm formed by some former Kirkland & Ellis lawyers, and was made a partner there in 1982.  From the end of 1985 he has been in private practice in downtown Chicago.  Virtually all of his practice involves litigation on behalf of consumers, mostly through class actions.  He is the co-author of Rosmarin & Edelman, Consumer Class Action Manual (2d-4th editions, National Consumer Law Center 1990, 1995 and 1999); author of Payday Loans:  Big Interest Rates and Little Regulation, 11 Loy.Consumer L.Rptr. 174 (1999); author of Consumer Fraud and Insurance Claims, in Bad Faith and Extracontractual Damage Claims in Insurance Litigation, Chicago Bar Ass'n 1992; co-author of Chapter 8, "Fair Debt Collection Practices Act," Ohio Consumer Law (1995 ed.); co-author of Fair Debt Collection:  The Need for Private Enforcement, 7 Loy.Consumer L.Rptr. 89 (1995); author of An Overview of The Fair Debt Collection Practices Act, in Financial Services Litigation, Practicing Law Institute (1999); co-

author of <u>Residential Mortgage Litigation</u>, in Financial Services Litigation, Practicing Law Institute (1996); author of <u>Automobile Leasing: Problems and Solutions</u>, 7 Loy.Consumer L.Rptr. 14 (1994); author of <u>Current Trends in Residential Mortgage Litigation</u>, 12 Rev. of Banking & Financial Services 71 (April 24, 1996); author of <u>Applicability of Illinois Consumer Fraud Act in Favor of Out-of-State Consumers</u>, 8 Loy.Consumer L.Rptr. 27 (1996); co-author of <u>Illinois Consumer Law</u> (Chicago Bar Ass'n 1996); co-author of D. Edelman and M. A. Weinberg, <u>Attorney Liability Under the Fair Debt Collection Practices Act</u> (Chicago Bar Ass'n 1996); author of <u>The Fair Debt Collection Practices Act: Recent Developments</u>, 8 Loy.Consumer L. Rptr. 303 (1996); author of Second Mortgage Frauds, Nat'l Consumer Rights Litigation Conference 67 (Oct. 19-20, 1992); and author of Compulsory Arbitration of Consumer Disputes, Nat'l Consumer Rights Litigation Conference 54, 67 (1994). He is a member of the Illinois bar and admitted to practice in the following courts: United States Supreme Court, Seventh Circuit Court of Appeals, First Circuit Court of Appeals, Second Circuit Court of Appeals, Third Circuit Court of Appeals, Fifth Circuit Court of Appeals, Eighth Circuit Court of Appeals, Ninth Circuit Court of Appeals, Tenth Circuit Court of Appeals, Eleventh Circuit Court of Appeals, United States District Courts for the Northern and Southern Districts of Indiana, United States District Courts for the Northern, Central, and Southern Districts of Illinois, United States District Court for the District of Arizona, United States District Court for the District of Connecticut, and the Supreme Court of Illinois. He is a member of the Northern District of Illinois trial bar.

3.    **Cathleen M. Combs** is a 1976 graduate of Loyola University Law School. She formerly supervised the Northwest office of the Legal Assistance Foundation of Chicago, where she was lead or co-counsel in class actions in the areas of unemployment compensation, prison law, social security law, and consumer law. She joined what is now Edelman, Combs, Latturner & Goodwin, LLC in early 1991. Decisions in which she was involved prior to joining the firm include: <u>Johnson v. Heckler</u>, 607 F.Supp. 875 (N.D.Ill. 1984), and 100 F.R.D. 70 (N.D. Ill. 1983); <u>Sanders v. Shephard</u>, 185 Ill.App.3d 719, 541 N.E.2d 1150 (1st Dist. 1989); <u>Maller v. Cohen</u>, 176 Ill.App.3d 987, 531 N.E.2d 1029 (1st Dist. 1988); <u>Wright v. Department of Labor</u>, 166 Ill.App.3d 438, 519 N.E.2d 1054 (1st Dist. 1988); <u>Barron v. Ward</u>, 165 Ill.App.3d 653, 517 N.E.2d 591 (1st Dist. 1987); <u>City of Chicago v. Leviton</u>, 137 Ill.App.3d 126, 484 N.E.2d 438 (1st Dist. 1985); <u>Jude v. Morrissey</u>, 117 Ill.App.3d 782, 454 N.E.2d 24 (1st Dist. 1983). She is a member of the Northern District of Illinois trial bar.

4.    **James O. Latturner** is a 1962 graduate of the University of Chicago Law School. Until 1969, he was an associate and then a partner at the Chicago law firm of Berchem, Schwanes & Thuma. From 1969 to 1995 he was Deputy Director of the Legal Assistance Foundation of Chicago, where he specialized in consumer law, including acting as lead counsel in over 30 class actions. His publications include Chapter 8 ("Defendants") in <u>Federal Practice Manual for Legal Services Attorneys</u> (M. Masinter, Ed., National Legal Aid and Defender Association 1989); <u>Governmental Tort Immunity in Illinois</u>, 55 Ill.B.J. 29 (1966); <u>Illinois Should Explicitly Adopt the Per Se Rule for Consumer Fraud Act Violations</u>, 2 Loy.Consumer L.Rep. 64 (1990), and <u>Illinois Consumer Law</u> (Chicago Bar Ass'n 1996). He has taught in a nationwide series of 18 Federal Practice courses sponsored by the Legal Services Corporation, each lasting

four days and designed for attorneys with federal litigation experience. He has argued some 30 appeals, including two cases in the United States Supreme Court and two in the Illinois Supreme Court. Mr. Latturner was involved in many of the significant decisions establishing the rights of Illinois consumers. He is a member of the Northern District of Illinois trial bar.

5.    **Tara L. Goodwin** is a graduate of the University of Chicago (B.A., with general honors, 1988)and Illinois Institute of Technology, Chicago-Kent College of Law (J.D., with high honors,1991). She has been with the firm since her graduation and has participated in many of the cases described below. **Reported Cases.** Williams v. Chartwell Financial Services, LTD, 204 F.3d 748 (7th Cir. 2000); Hillenbrand v. Meyer Medical Group, 682 N.E.2d 101 (Ill.1st Dist. 1997), 720 N.E.2d 287 (Ill.1st Dist. 1999); Bessette v. Avco Fin. Servs., 230 F.3d 439 (1st Cir. 2000); Large v. Conseco Fin. Servicing Co., 292 F.3d 49 (1st Cir. 2002);; Carbajal v. Capital One, 219 F.R.D. 437 (N.D.Ill. 2004); Russo v. B&B Catering, 209 F.Supp.2d 857 (N.D.IL 2002); Garcia v. Village of Bensenville, 2002 U.S.Dist. LEXIS 3803 (N.D.Ill.); Romaker v. Crossland Mtg. Co., 1996 U.S.Dist. LEXIS 6490 (N.D.IL); Mount v. LaSalle Bank Lake View, 926 F.Supp. 759 (N.D.Ill 1996). She is a member of the Northern District of Illinois trial bar.

6.    **Michelle R. Teggelaar** is a graduate of the University of Illinois (B.A., 1993) and Chicago-Kent College of Law, Illinois Institute of Technology (J.D., with honors, 1997). **Reported Cases:** Johnson v. Revenue Management, Inc., 169 F.3d 1057 (7th Cir.1999); Coelho v. Park Ridge Oldsmobile, Inc., 247 F. Supp. 2d 1004 (N.D. Ill. 2003); Dominguez v. Alliance Mtge., Co., 226 F. Supp. 2d 907 (N.D. Ill. 2002); Watson v. CBSK Financial Group, Inc., 197 F. Supp. 2d 1118 (N.D. Ill. 2002); Van Jackson v. Check 'N Go of Illinois, Inc. 123 F. Supp. 2d 1085 (N.D. Ill. 2000), Van Jackson v. Check 'N Go of Illinois, Inc., 123 F. Supp. 2d 1079, Van Jackson v. Check 'N Go of Illinois, Inc., 114 F. Supp. 2d 731 (N.D. Ill. 2000); Van Jackson v. Check 'N Go of Illinois, Inc., 193 F.R.D. 544 (N.D. Ill. 2000); Vines v. Sands, 188 F.R.D. 302 (N.D. Ill. 1999); Veillard v. Mednick, 24 F. Supp. 2d 863 (N.D. Ill.1998); Sledge v. Sands, 182 F.R.D. 255 (N.D. Ill. 1998), Vines v. Sands, 188 F.R.D. 203 (N.D. Ill. 1999), Livingston v. Fast Cash USA, Inc., 753 N.E.2d 572 (Ind. 2001); Carroll v. Butterfield Heath Care, Inc., 2003 WL 22462604 (N.D. Ill. 2003); Payton v. New Century Mtge., Inc., 2003 WL 22349118 (N.D. Ill. 2003); Seidat v. Allied Interstate, Inc., 2003 WL 2146825 (N.D. Ill. 2003) (Report and Recommendation); Michalowski v. Flagstar Bank, FSB, 2002 WL 112905 (N.D. Ill. 2002); Bigalke v. Creditrust Corp., 2001 WL 1098047 (N.D. Ill 2001) (Report and Recommendation); Donnelly v. Illini Cash Advance, 2000 WL 1161076 (N.D. Ill. 2000); Mitchem v. Paycheck Advance Express, 2000 WL 419992 (N.D. Ill 2000); Pinkett v. Moolah Loan Co., 1999 WL 1080596 (N.D. Ill. 1999); Farley v. Diversified Collection Serv., 1999 WL 965496 (N.D. Ill. 1999); Davis v. Commercial Check Control, 1999 WL 965496 (N.D. Ill. 1999); Sledge v. Sands, 1999 WL 261745 (N.D. Ill. 1999); Slater v. Credit Sciences, Inc., 1998 WL 341631 (N.D. Ill. 1998); Slater v. Credit Sciences, Inc., 1998 WL 299803 (N.D. Ill. 1998).

7.    **Associates**

3

**a.**    **Francis R. Greene** is a graduate of Johns Hopkins University (B.A., with honors, May 1984), Rutgers University (Ph.D., October 1991), and Northwestern University Law School (J.D., 2000). **Reported Cases:** Johnson v. Thomas, 342 Ill. App.3d 382, 794 N.E.2d 919 (1st Dist. 2003); Jolly v. Shapiro & Kreisman, 237 F. Supp. 2d 888 (N.D. Ill. 2002); Parker v. 1-800 Bar None, a Financial Corp., Inc. 2002 WL 215530 (N.D. Ill. 2002); Jiang v. Allstate Ins. Co. (199 F.R.D. 267); Hill v. AMOCO Oil Co. 2003 WL 262424, 2001 WL 293628 (N.D. Ill. 2003); Roquet v. Arthur Anderson LLP 2002 WL 1900768 (N.D. Ill. 2002); White v. Financial Credit, Corp. 2001 WL 1665386 (N.D. Ill.); Ransom v. Gurnee Volkswagen 2001 WL 1241297 (N.D. Ill. 2001) and 2002 WL 449703 (N.D. Ill 2002); Doxie v. Impac Funding Corp. 2002 WL 31045387 (N.D. Ill. 2002); Levin v. Kluever & Platt LLC 2003 WL 22757763 and 2003 WL 22757764 (N.D. Ill. 2003); Pleasant v. Risk Management Alternatives 2003 WL 22175390 (N.D. Ill. 2003); Jenkins v. Mercantile Mortgage 231 F. Supp. 2d 737 (N.D. Ill. 2002); Hobson v. Lincoln Ins. Agency, Inc. 2001 WL 55528, 2001 WL 648958 (N.D. Ill. 2001), Anderson v. Lincoln Ins. Agency 2003 WL 291928, Hobson v. Lincoln Ins. Agency 2003 WL 338161 (N.D. Ill. 2003).  He is a member of the Northern District of Illinois trial bar.

**b.**    **Julie Clark** (nee Cobolovic) is a graduate of Northern Illinois University (B.A., 1997) and DePaul University College of Law (J.D., 2000). **Reported Cases:** Qualkenbush v. Harris Trust & Savings Bank 219 F.Supp.2d 935 (N.D.Ill.,2002); Covington-McIntosh v. Mount Glenwood Memory Gardens 2002 WL 31369747 (N.D.Ill.,2002), 2003 WL 22359626 (N.D. Ill. 2003).

**c.**    **Heather A. Kolbus** (neé Piccirilli) is a graduate of DePaul University (B.S. *cum laude,* 1997), and Roger Williams University School of Law (J.D., 2002).

**d.**    **Albert F. Hofeld Jr.** is a graduate of Reed College (B.A., 1990), the University of Chicago Divinity School (M. Div., 1994), and Northwestern University Law School (J.D,. 2000).

**e.**    **Thomas E. Soule** is a graduate of Stanford University (B.A., 2000), and the University of Wisconsin Law School (J.D., 2003).

**f.**    **Cassandra P. Miller** is a graduate of the University of Wisconsin – Madison (B.A. 2001) and John Marshall Law School (J.D. *magna cum laude* 2006).

**g.**    **Tiffany N. Hardy** (admitted NY, DC, ND IL, admission in IL pending) is a graduate of Tuskegee University (B.A. 1998) and Syracuse University College of Law (J.D.2001).

**h.**    **Zachary Jacobs** is a graduate of the University of South Dakota (B.S. 2002) and Chicago-Kent College of Law, Illinois Institute of Technology (J.D. 2007).

**i.**    **Rupali Shah** is a graduate of the University of Chicago (B.A.

2004) and University of Illinois College of Law (J.D. 2007).

    **i.**  **Michael J. Aschenbrener** is a graduate of the University of Minnesota (B.A. 2001) and the Chicago-Kent College of Law, Illinois Institute of Technology (J.D. May 2007).

    **8.**  The firm also has 15 legal assistants, as well as other support staff.

    **9.**  Since its inception, the firm has recovered more than $500 million for consumers.

    **10.**  The types of cases handled by the firm are illustrated by the following:

    **11.**  **Mortgage charges and servicing practices:**  The firm has been involved in dozens of cases, mostly class actions, complaining of illegal charges on mortgages and improper servicing practices.  These include MDL-899, In re Mortgage Escrow Deposit Litigation, and MDL-1604, In re Ocwen Federal Bank FSB Mortgage Servicing Litigation, as well as the Fairbanks mortgage servicing litigation.  Decisions in the firm's mortgage cases include: <u>Christakos v. Intercounty Title Co.</u>, 196 F.R.D. 496 (N.D.Ill. 2000); <u>Johnstone v. Bank of America, N.A.</u>, 173 F.Supp.2d 809 (N.D.Ill. 2001); <u>Leon v. Washington Mut. Bank, F.A.</u>, 164 F.Supp.2d 1034 (N.D.Ill. 2001); <u>Williamson v. Advanta Mortg. Corp.</u>, 1999 U.S. Dist. LEXIS 16374 (N.D.Ill., Oct. 5, 1999); <u>McDonald v. Washington Mut. Bank, F.A.</u>, 2000 U.S. Dist. LEXIS 11496 (N.D.Ill., June 22, 2000); <u>Metmor Financial, Inc. v. Eighth Judicial District Court</u>, No. 23848 (Nev.Sup.Ct., Apr. 27, 1993); <u>GMAC Mtge. Corp. v. Stapleton</u>, 236 Ill.App.3d 486, 603 N.E.2d 767 (1st Dist. 1992), leave to appeal denied, 248 Ill.2d 641, 610 N.E.2d 1262 (1993); <u>Leff v. Olympic Fed. S. & L. Ass'n</u>, 1986 WL 10636 (N.D.Ill. 1986); <u>Aitken v. Fleet Mtge. Corp.</u>, 1991 U.S.Dist. LEXIS 10420 (N.D.Ill. 1991), and 1992 U.S.Dist. LEXIS 1687 (N.D.Ill., Feb. 12, 1992); <u>Poindexter v. National Mtge. Corp.</u>, 1991 U.S.Dist. LEXIS 19643 (N.D.Ill., Dec. 23, 1991), later opinion, 1995 U.S.Dist. LEXIS 5396 (N.D.Ill., April 24, 1995); <u>Sanders v. Lincoln Service Corp.</u>, 1993 U.S.Dist. LEXIS 4454 (N.D.Ill. 1993); <u>Robinson v. Empire of America Realty Credit Corp.</u>, 1991 U.S.Dist. LEXIS 2084 (N.D.Ill., Feb. 20, 1991); <u>In re Mortgage Escrow Deposit Litigation</u>, M.D.L. 899, 1994 U.S.Dist. LEXIS 12746 (N.D.Ill., Sept. 8, 1994); <u>Greenberg v. Republic Federal S. & L. Ass'n</u>, 1995 U.S.Dist. LEXIS 5866 (N.D.Ill., May 1, 1995).

    **12.**  The recoveries in the escrow overcharge cases alone are over $250 million.  <u>Leff</u> was the seminal case on mortgage escrow overcharges.

    **13.**  The escrow litigation had a substantial effect on industry practices, resulting in limitations on the amounts which mortgage companies held in escrow.

    **14.**  **Bankruptcy:**  The firm brought a number of cases complaining that money was being systematically collected on discharged debts, in some cases through the use of

invalid reaffirmation agreements, including the national class actions against Sears and General Electric. Conley v. Sears, Roebuck, 1:97cv11149 (D.Mass); Fisher v. Lechmere Inc., 1:97cv3065, (N.D.Ill.). These cases were settled and resulted in recovery by nationwide classes. Cathleen Combs successfully argued the first Court of Appeals case to hold that a bankruptcy debtor induced to pay a discharged debt by means of an invalid reaffirmation agreement may sue to recover the payment. Bessette v. Avco Financial Services, 230 F.3d 439 (1st Cir. 2000).

     **15.**    **Automobile sales and financing practices:** The firm has brought many cases challenging practices relating to automobile sales and financing, including:

     **a.**    Hidden finance charges resulting from pass-on of discounts on auto purchases. Walker v. Wallace Auto Sales, Inc., 155 F.3d 927, 1998 U.S. App. LEXIS 22663 (7th Cir. 1998).

     **b.**    Misrepresentation of amounts disbursed for extended warranties. Taylor v. Quality Hyundai, Inc., 150 F.3d 689, 1998 U.S.App. LEXIS 16434 (7th Cir. 1998); Grimaldi v. Webb, 282 Ill.App.3d 174, 668 N.E.2d 39 (1st Dist. 1996), leave to appeal denied, 169 Ill.2d 566 (1996); Slawson v. Currie Motors Lincoln Mercury, Inc., 1995 U.S.Dist. LEXIS 451 (N.D.Ill., Jan. 5, 1995); Cirone-Shadow v. Union Nissan, Inc., 1995 U.S.Dist. LEXIS 1379 (N.D.Ill., Feb. 3, 1995), later opinion, 1995 U.S.Dist. LEXIS 5232 (N.D.Ill., April 20, 1995) (same); Chandler v. Southwest Jeep-Eagle, Inc., 1995 U.S. Dist. LEXIS 8212 (N.D.Ill., June 8, 1995); Shields v. Lefta, Inc., 1995 U.S.Dist. LEXIS 7807 (N.D.Ill., June 5, 1995).

     **c.**    Spot delivery. Janikowski v. Lynch Ford, Inc., 1999 U.S. Dist. LEXIS 3524 (N.D.Ill., March 11, 1999); Diaz v. Westgate Lincoln Mercury, Inc., 1994 U.S.Dist. LEXIS 16300 (N.D.Ill. 1994); Grimaldi v. Webb, 282 Ill.App.3d 174, 668 N.E.2d 39 (1st Dist. 1996), leave to appeal denied, 169 Ill.2d 566 (1996).

     **d.**    Force placed insurance. Bermudez v. First of America Bank Champion, N.A., 860 F.Supp. 580 (N.D.Ill. 1994); Travis v. Boulevard Bank, 1994 U.S.Dist. LEXIS 14615 (N.D.Ill., Oct. 13, 1994), modified, 880 F.Supp. 1226 (N.D.Ill., 1995); Moore v. Fidelity Financial Services, Inc., 884 F. Supp. 288 (N.D.Ill. 1995).

     **e.**    Improper obligation of cosigners. Lee v. Nationwide Cassell, 174 Ill.2d 540, 675 N.E.2d 599 (1996); Taylor v. Trans Acceptance Corp., 267 Ill.App.3d 562, 641 N.E.2d 907 (1st Dist. 1994), leave to appeal denied, 159 Ill.2d 581, 647 N.E.2d 1017 (1995).

     **f.**    Evasion of FTC holder rule. Brown v. LaSalle Northwest Nat'l Bank, 148 F.R.D. 584 (N.D.Ill. 1993), 820 F.Supp. 1078 (N.D.Ill. 1993), and 1993 U.S.Dist. LEXIS 11419 (N.D.Ill., Aug. 13, 1993).

     **16.**    These cases also had a substantial effect on industry practices. The warranty cases, such as Grimaldi, Gibson, Slawson, Cirone-Shadow, Chandler, and Shields,

resulted in the Federal Reserve Board's revision of applicable disclosure requirements, so as to prevent car dealers from representing that the charge for an extended warranty was being disbursed to a third party when that was not in fact the case.

     **17.**    **Predatory lending practices:**  The firm has brought numerous cases challenging predatory mortgage and "payday" lending practices, mostly as class actions. Livingston v. Fast Cash USA, Inc., 753 N.E.2d 572 (Ind. Sup. Ct. 2001); Williams v. Chartwell Fin. Servs., 204 F.3d 748 (7th Cir. 2000); Parker v. 1-800 Bar None, a Financial Corp., Inc., 01 C 4488, 2002 WL 215530 (N.D.Ill., Feb 12, 2002); Gilkey v. Central Clearing Co., 202 F.R.D. 515 (E.D.Mich. 2001); Van Jackson v. Check 'N Go of Ill., Inc., 114 F.Supp.2d 731 (N.D.Ill. 2000), later opinion, 193 F.R.D. 544 (N.D.Ill. 2000), 123 F.Supp. 2d 1079 (N.D.Ill. 2000), later opinion, 123 F.Supp. 2d 1085 (N.D.Ill. 2000); Henry v. Cash Today, Inc., 199 F.R.D. 566 (S.D.Tex. 2000); Donnelly v. Illini Cash Advance, Inc., 00 C 94, 2000 WL 1161076, 2000 U.S. Dist. LEXIS 11906 (N.D.Ill., Aug. 14, 2000); Jones v. Kunin, 2000 U.S. Dist. LEXIS 6380 (S.D.Ill., May 1, 2000); Davis v. Cash for Payday, 193 F.R.D. 518 (N.D.Ill. 2000); Reese v. Hammer Fin. Corp., 99 C 716, 1999 U.S. Dist. LEXIS 18812, 1999 WL 1101677 (N.D.Ill., Nov. 29, 1999); Pinkett v. Moolah Loan Co., 1999 U.S. Dist. LEXIS 17276 (N.D.Ill., Nov. 1, 1999); Gutierrez v. Devon Fin. Servs., 1999 U.S. Dist. LEXIS 18696 (N.D.Ill., Oct. 6, 1999); Vance v. National Benefit Ass'n, 99 C 2627, 1999 WL 731764, 1999 U.S. Dist. LEXIS 13846 (N.D.Ill., Aug. 26, 1999).

     **18.**    **Other consumer credit issues:**  The firm has also brought a number of other Truth in Lending and consumer credit cases, mostly as class actions, involving such issues as:

          **a.**    Phony nonfiling insurance. Edwards v. Your Credit Inc., 148 F.3d 427, 1998 U.S. App. LEXIS 16818 (5th Cir. 1998); Adams v. Plaza Finance Co., 1999 U.S. App. LEXIS 1052 (7th Cir., January 27, 1999); Johnson v. Aronson Furniture Co., 1997 U.S. Dist. LEXIS 3979 (N.D. Ill., March 31, 1997).

          **b.**    The McCarran Ferguson Act exemption. Autry v. Northwest Premium Services, Inc., 144 F.3d 1037, 1998 U.S. App. LEXIS 9564 (7th Cir. 1998).

          **c.**    Loan flipping. Emery v. American General, 71 F.3d 1343 (7th Cir. 1995). Emery limited the pernicious practice of "loan flipping," in which consumers are solicited for new loans and are then refinanced, with "short" credits for unearned finance charges and insurance premiums being given through use of the "Rule of 78s."

          **d.**    Home improvement financing practices. Fidelity Financial Services, Inc. v. Hicks, 214 Ill.App.3d 398, 574 N.E.2d 15 (1st Dist. 1991), leave to appeal denied, 141 Ill.2d 539, 580 N.E.2d 112; Heastie v. Community Bank of Greater Peoria, 690 F.Supp. 716 (N.D.Ill. 1989), later opinion, 125 F.R.D. 669 (N.D.Ill. 1990), later opinions, 727 F.Supp. 1133 (N.D.Ill. 1990), and 727 F.Supp. 1140 (N.D.Ill. 1990). Heastie granted

certification of a class of over 6,000 in a home improvement fraud case.

        **e.**    Arbitration clauses.  <u>Wrightson v. ITT Financial Services</u>, 617 So.2d 334 (Fla. 1st DCA 1993).

        **f.**    Insurance packing.  <u>Elliott v. ITT Corp.</u>, 764 F.Supp. 102 (N.D.Ill. 1990), later opinion, 150 B.R. 36 (N.D.Ill. 1992).

    **19.**    **Automobile leases:**  The firm has brought a number of a cases alleging illegal charges and improper disclosures on automobile leases, mainly as class actions.  Decisions in these cases include <u>Lundquist v. Security Pacific Automotive Financial Services Corp.</u>, Civ. No. 5:91-754 (TGFD) (D.Conn.), <u>aff'd</u>, 993 F.2d 11 (2d Cir. 1993); <u>Kedziora v. Citicorp Nat'l Services, Inc.</u>, 780 F.Supp. 516 (N.D.Ill. 1991), later opinion, 844 F.Supp. 1289 (N.D.Ill. 1994), later opinion, 883 F.Supp. 1144 (N.D.Ill. 1995), later opinion, 1995 U.S.Dist. LEXIS 12137 (N.D.Ill., Aug. 18, 1995), later opinion, 1995 U.S.Dist. LEXIS 14054 (N.D.Ill., Sept. 25, 1995); <u>Johnson v. Steven Sims Subaru and Subaru Leasing</u>, 1993 U.S.Dist. LEXIS 8078 (N.D.Ill., June 9, 1993), and 1993 U.S.Dist. LEXIS 11694 (N.D.Ill., August 20, 1993); <u>McCarthy v. PNC Credit Corp.</u>, 1992 U.S.Dist. LEXIS 21719 (D.Conn., May 27, 1992); <u>Kinsella v. Midland Credit Mgmt., Inc.</u>, 1992 U.S.Dist. LEXIS 1405, 1992 WL 26908 (N.D.Ill. 1992); <u>Highsmith v. Chrysler Credit Corp.</u>, 18 F.3d 434 (7th Cir. 1994); <u>Black v. Mitsubishi Motors Credit of America, Inc.</u>, 1994 U.S.Dist. LEXIS 11158 (N.D.Ill., August 10, 1994); <u>Simon v. World Omni Leasing Inc.</u>, 146 F.R.D. 197 (S.D.Ala. 1992).  Settlements in such cases include <u>Shepherd v. Volvo Finance North America, Inc.</u>, 1-93-CV-971 (N.D.Ga.)($8 million benefit); <u>McCarthy v. PNC Credit Corp.</u>, 291 CV 00854 PCD (D.Conn.); <u>Lynch Leasing Co. v. Moore</u>, 90 CH 876 (Circuit Court of Cook County, Illinois) (class in auto lease case was certified for litigation purposes, partial summary judgment was entered, and case was then settled); <u>Blank v. Nissan Motor Acceptance Corp.</u>, 91 L 8516 (Circuit Court of Cook County, Illinois); <u>Mortimer v. Toyota Motor Credit Co.</u>, 91 L 18043 (Circuit Court of Cook County, Illinois); <u>Duffy v. Security Pacific Automotive Financial Services, Inc.</u>, 93-729 IEG (BTM) (S.D.Cal., April 28, 1994).

    **20.**    <u>Lundquist</u> and <u>Highsmith</u> are leading cases; both held that commonly-used lease forms violated the Consumer Leasing Act.  As a result of the <u>Lundquist</u> case, the Federal Reserve Board completely revamped the disclosure requirements applicable to auto leases, resulting in vastly improved disclosures to consumers.

    **21.**    **Collection practices:**  The firm has brought a number of cases under the Fair Debt Collection Practices Act, both class and individual.  Decisions in these cases include: <u>Jenkins v. Heintz</u>, 25 F.3d 536 (7th Cir. 1994), aff'd 115 S.Ct. 1489, 131 L.Ed.2d 395 (1995); <u>Johnson v. Revenue Management Corp.</u>, 169 F.3d 1057, 1999 U.S. App. LEXIS 3142 (7th Cir. 1999); <u>Keele v. Wexler & Wexler</u>, 1996 U.S.Dist. LEXIS 3253 (N.D.Ill., March 18, 1996) (class), 1995 U.S.Dist. LEXIS 13215 (N.D.Ill. 1995) (merits), aff'd, 149 F.3d 589, 1998 U.S.App. LEXIS 15029 (7th Cir. 1998); <u>Mace v. Van Ru Credit Corp.</u>, 109 F.3d 338, 1997 U.S.App. LEXIS 5000 (7th Cir., Mar. 17, 1997); <u>Maguire v. Citicorp Retail Services, Inc.</u>, 147

F.3d 232, 1998 U.S.App. LEXIS 16112 (2d Cir. 1998); Young v. Citicorp Retail Services, Inc., 1998 U.S.App. LEXIS 20268 (2d Cir. 1998); Charles v. Lundgren & Assocs., P.C., 119 F.3d 739, 1997 U.S. App. LEXIS 16786 (9th Cir. 1997); Avila v. Rubin, 84 F.3d 222 (7th Cir. 1996), aff'g Avila v. Van Ru Credit Corp., 1995 U.S.Dist. LEXIS 461 (N.D.Ill., Jan. 10, 1995), later opinion, 1995 U.S.Dist. LEXIS 1502 (N.D.Ill., Feb. 6, 1995), later opinion, 1995 U.S.Dist. LEXIS 17117 (N.D.Ill., Nov. 14, 1995); Tolentino v. Friedman, 833 F.Supp. 697 (N.D.Ill. 1993), aff'd in part and rev'd in part, 46 F.3d 645 (7th Cir. 1995); Blakemore v. Pekay, 895 F.Supp.972 (N.D.Ill. 1995); Oglesby v. Rotche, 1993 U.S.Dist. LEXIS 15687 (N.D.Ill., Nov. 4, 1993), later opinion, 1994 U.S.Dist. LEXIS 4866 (N.D.Ill., April 15, 1994); Laws v. Cheslock, 1999 U.S.Dist. LEXIS 3416 (N.D.Ill., Mar. 8, 1999);Davis v. Commercial Check Control, Inc., 1999 U.S. Dist. LEXIS 1682 (N.D.Ill., Feb. 12, 1999); Hoffman v. Partners in Collections, Inc., 1993 U.S.Dist. LEXIS 12702 (N.D.Ill., Sept. 15, 1993); Vaughn v. CSC Credit Services, Inc., 1994 U.S.Dist. LEXIS 2172 (N.D.Ill., March 1, 1994), adopted, 1995 U.S.Dist. LEXIS 1358 (N.D.Ill., Feb. 3, 1995); Beasley v. Blatt, 1994 U.S.Dist. LEXIS 9383 (N.D.Ill., July 14, 1994); Taylor v. Fink, 1994 U.S.Dist. LEXIS 16821 (N.D.Ill., Nov. 23, 1994); Gordon v. Fink, 1995 U.S.Dist. LEXIS 1509 (N.D.Ill., Feb. 7, 1995); Brujis v. Shaw, 876 F.Supp. 198 (N.D.Ill. 1995). Settlements in such cases include Boddie v. Meyer, 93 C 2975 (N.D.Ill.); and Cramer v. First of America Bank Corporation, 93 C 3189 (N.D.Ill.).

22.    Jenkins v. Heintz is a leading decision regarding the liability of attorneys under the Fair Debt Collection Practices Act.  I argued it before the Supreme Court and Seventh Circuit.  Avila v. Rubin is a leading decision on phony "attorney letters."

23.    **Fair Credit Reporting Act:** The firm has filed numerous cases under the Fair Credit Reporting Act, primarily as class actions.  One line of cases alleges that lenders and automotive dealers, among others, improperly accessed consumers' credit information, without their consent and without having a purpose for doing so permitted by the FCRA.  Important decisions in this area include: Cole v. U.S. Capital, Inc., 389 F.3d 719 (7th Cir. 2004), Murray v. GMAC Mortgage Corp., 434 F.3d 948 (7th Cir. 2006); Perry v. First National Bank, 459 F.3d 816 (7th Cir. 2006); Murray v. Sunrise Chevrolet, Inc., 441 F. Supp.2d 940 (N.D. Ill. 2006); Murray v. GMAC Mortgage Corp., 05 C 1229, _____ F.Supp.2d _____, 2007 U.S. Dist. LEXIS 26726 (N.D.Ill. April 10, 2007); Shellman v. Countrywide Home Loans, Inc., 1:05-CV-234-TS, 2007 U.S. Dist. LEXIS 27491 (N.D.Ind., April 12, 2007); In re Ocean Bank, 06  C 3515, 2007 U.S. Dist. LEXIS 28973 (N.D.Ill., March 16, 2007); later opinion, 2007 U.S. Dist. LEXIS 29443 (N.D. Ill., Apr. 9, 2007); Asbury v. People's Choice Home Loan, Inc., 05 C 5483, 2007 U.S. Dist. LEXIS 17654 (N.D.Ill., March 12, 2007); Claffey v. River Oaks Hyundai, Inc., 238 F.R.D. 464 (N.D.Ill. 2006); Murray v. IndyMac Bank, FSB, 461 F.Supp.2d 645 (N.D.Ill. 2006); Kudlicki v. Capital One Auto Finance, Inc., 2006 U.S. Dist. LEXIS 81103 (N.D. Ill., Nov. 2, 2006); Thomas v. Capital One Auto Finance, Inc., 2006 U.S. Dist. LEXIS 81358 (N.D. Ill., Oct. 24, 2006); Pavone v. Aegis Lending Corp., 2006 U.S. Dist. LEXIS 62157 (N.D. Ill., Aug. 31, 2006); Murray v. E*Trade Financial Corp., 2006 U.S. Dist. LEXIS 53945 (N.D. Ill., July 19, 2006); Bonner v. Home 123 Corp., 2006 U.S. Dist. LEXIS 37922 (N.D. Ind., May 25, 2006); Murray v. Sunrise Chevrolet , Inc., 2006 U.S. Dist. LEXIS 19626 (N.D. Ill., Mar. 30, 2006); and Murray v. Finance

9

America, LLC, 2006 U.S. Dist. LEXIS 7349 (N.D. Ill., Jan 5, 2006). More than 15 such cases have been settled on a classwide basis.

24.    **Class action procedure:**  Important decisions include Crawford v. Equifax Payment Services, Inc., 201 F.3d 877 (7th Cir. 2000); Blair v. Equifax Check Services, Inc., 181 F.3d 832 (7th Cir. 1999); Mace v. Van Ru Credit Corp., 109 F.3d 338, 344 (7th Cir. 1997); and Gordon v. Boden, 224 Ill.App.3d 195, 586 N.E.2d 461 (1st Dist. 1991).

25.    **Landlord-tenant:** The firm has brought a number of class actions against landlords for various matters including failing to pay interest on security deposits or commingling security deposits, breach of the warranty of habitability, improper late charges, and various violations of the CRLTO. Reported decisions include: Wang v. Williams,343 Ill. App. 3d 495; 797 N.E.2d 179 (5th Dist. 2003); Onni v. Apartment Management and Investment Co., 344 Ill. App. 3d 1099; 801 N.E.2d 586 (2d Dist. 2003) (case challenging improper late charges, which later settled on a class basis for $200,000); Dickson v. West Koke Mill Village P'Ship, 329 Ill.App.3d 341 (4th Dist. 2002). Illustrative cases include: Hale v. East Lake Management & Developmental Corp., et al., 00 CH 16139, in the Cook County Circuit Court, Judge Madden granted class certification for tenants who had not been paid their security deposit interest after the end of each twelve month rental period. The East Lake case later settled on a classwide basis for over $400,000.

26.    Some of the other reported decisions in our cases include:  Elder v. Coronet Ins. Co., 201 Ill.App.3d 733, 558 N.E.2d 1312 (1st Dist. 1990); Smith v. Keycorp Mtge., Inc., 151 Bankr. 870 (N.D.Ill. 1992); Gordon v. Boden, 224 Ill.App.3d 195, 586 N.E.2d 461 (1st Dist. 1991), leave to appeal denied, 144 Ill.2d 633, 591 N.E.2d 21, cert. denied, U.S. (1992); Armstrong v. Edelson, 718 F.Supp. 1372 (N.D.Ill. 1989); Newman v. 1st 1440 Investment, Inc., 1993 U.S.Dist. LEXIS 354 (N.D.Ill. 1993); Mountain States Tel. & Tel. Co. v. District Court, 778 P.2d 667 (Colo. 1989); Disher v. Fulgoni, 124 Ill.App.3d 257, 464 N.E.2d 639, 643 (1st Dist. 1984); Harman v. Lyphomed, Inc., 122 F.R.D. 522 (N.D.Ill. 1988); Haslam v. Lefta, Inc., 1992 U.S.Dist. LEXIS 3623 (N.D.Ill., March 25, 1994); Source One Mortgage Services Corp. v. Jones, 1994 U.S.Dist. LEXIS 333 (N.D.Ill., Jan. 13, 1994).

27.    Gordon v. Boden is the first decision approving "fluid recovery" in an Illinois class action. Elder v. Coronet Insurance held that an insurance company's reliance on lie detectors to process claims was an unfair and deceptive trade practice.


s/Daniel A. Edelman
Daniel A. Edelman

EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)