**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| BARBARA F. STRICKLAND, | ) | |
| YOLANDA LEE, | ) | |
| on behalf of plaintiffs and the class | ) | |
| described herein, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 34 |
| | ) | Judge Lindberg |
| vs. | ) | Magistrate Judge Geraldine Soat Brown |
| | ) | |
| TSYS TOTAL DEBT MANAGEMENT | ) | |
| INC. d/b/a NATIONAL | ) | |
| ATTORNEY  NETWORK, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

**TO:**     (See attached service list.)

      **PLEASE TAKE NOTICE** that on January 30, 2008 at 9:30 a.m., we will appear before Honorable Judge Lindberg in room 1425 of the United States District Court, for the Northern District of Illinois, 219 S Dearborn St, Chicago, IL 60604, and present the following: **PLAINTIFFS' MOTION FOR CLASS CERTIFICATION.**

                                       s/Daniel A. Edelman
                                       Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## <u>CERTIFICATE OF SERVICE</u>

       I, Daniel A. Edelman, hereby certify that on January 15, 2008, I caused to be filed with the Clerk of the Court via the CM/ECF system the foregoing document.  I further certify that I caused to be served true and accurate copies of the foregoing document via U.S. regular and certified mail upon the following party:

TSYS Total Debt Management, Inc. d/b/a National Attorney Network
c/o Illinois Corporation Service Co., Registered Agent
801 Adlai Stevenson Dr.
Springfield, IL 62703



                         <u>s/Daniel A. Edelman</u>
                         Daniel A. Edelman