IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BARBARA F. STRICKLAND, YOLANDA LEE, on behalf of plaintiffs and the class described herein,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TSYS TOTAL DEBT MANAGEMENT, INC. d/b/a NATIONAL ATTORNEY NETWORK,<br><br>　　　　　Defendant. | Case No.: 08 C 34<br><br>Judge Lindberg<br><br>Magistrate Judge Brown |

## NOTICE OF MOTION

TO:　Daniel A. Edelman, Cathleen M. Combs
　　　Francis R. Greene, and James O. Latturner
　　　Edelman, Combs, Latturner & Goodwin, LLC
　　　120 South LaSalle Street, 18th Floor
　　　Chicago, Illinois 60603

**PLEASE TAKE NOTICE** that on **January 30, 2008**, at **9:30 a.m.**, or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge George W. Lindberg or any Judge sitting in his/her stead in Courtroom 1425, in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and then and there present, **MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT,** a copy of which is served upon you.

　　　　　　　　　　　　　　　　　　　　　　　　　HINSHAW & CULBERTSON LLP

　　　　　　　　　　　　　　　　　　　　　　　　　s/ *Jennifer W. Weller*
　　　　　　　　　　　　　　　　　　　　　　　　　Jennifer W. Weller

Peter D. Sullivan
Jennifer W. Weller
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
Firm's #90384

6276579v1 884700

## CERTIFICATE OF SERVICE

I hereby certify that on **January 25, 2008**, I electronically filed above and foregoing **NOTICE OF MOTION and MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served on all parties of record.

HINSHAW & CULBERTSON LLP

Peter D. Sullivan
Jennifer W. Weller
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
Firm's #90384

s/ *Jennifer W. Weller*
Jennifer W. Weller

6276579v1 884700