IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BARBARA F. STRICKLAND, YOLANDA LEE, on behalf of plaintiffs and the class described herein, ,<br><br>    Plaintiff,<br><br>v.<br><br>TSYS TOTAL DEBT MANAGEMENT INC. d/b/a NATIONAL ATTORNEY NETWORK,<br><br>    Defendant. | Case No.: 08 CV 34<br><br>Judge Lindberg<br><br>Magistrate Judge Brown |

## FEDERAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Defendant, TSYS Total Debt Management, Inc., by and through its attorneys Peter D. Sullivan and Jennifer W. Weller and for its Rule 7.1 Corporate Disclosure Statement states as follows:

1.    The parent corporation of TSYS Total Debt Management, Inc. is Total Systems Services, Inc.

2.    Synovus Financial Corp. is a publicly held company owning 10 percent or more of its stock.

HINSHAW & CULBERTSON LLP

By: s/ *Jennifer W. Weller*
     Jennifer W. Weller

Peter D. Sullivan
Jennifer W. Weller
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
Firm's #90384

6276600v1 884700