## CERTIFICATE OF SERVICE

    I hereby certify that on **January 25, 2008**, I electronically filed the foregoing **FEDERAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served on all parties of record.

                                      HINSHAW & CULBERTSON LLP

| | |
|---|---|
| Peter D. Sullivan | s/ *Jennifer W. Weller* |
| Jennifer W. Weller | Jennifer W. Weller |
| HINSHAW & CULBERTSON LLP | |
| 222 North LaSalle Street, Suite 300 | |
| Chicago, Illinois 60601 | |
| 312/704-3000 | |
| 312/704-3001 – facsimile | |
| Firm's #90384 | |