## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | George W. Lindberg | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 34 | **DATE** | 1/28/2008 |
| **CASE TITLE** | Strickland, et al. Vs. TSYS Total Debt Management, Inc. | | |

**DOCKET ENTRY TEXT**

The motion for enlargement of time to answer or otherwise plead [14] is granted. Defendant is given until 2/19/08 to answer or otherwise plead.

Docketing to mail notices.

| | Courtroom Deputy Initials: | slb |
|---|---|---|