## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| BARBARA F. STRICKLAND, | ) | |
| YOLANDA LEE, | ) | |
| on behalf of plaintiffs and the class | ) | |
| described herein, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 34 |
| | ) | Judge Lindberg |
| vs. | ) | Magistrate Judge Geraldine Soat Brown |
| | ) | |
| TSYS TOTAL DEBT MANAGEMENT | ) | |
| INC. d/b/a NATIONAL | ) | |
| ATTORNEY  NETWORK, | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION

Defendant TSYS Total Debt Management stipulates that it will not make any offer to settle Plaintiffs' individual claims pursuant to Rule 68 or otherwise prior to the refiling of Plaintiffs' class certification motion. Nothing in this stipulation precludes Defendant from making a Rule 68 offer of judgment on a class basis. In consideration of the foregoing, Plaintiffs stipulate to withdraw their pending motion for class certification without prejudice.

Respectfully submitted,

| **BARBARA STRICKLAND** | **TSYS TOTAL DEBT MANAGEMENT,** |
|---|---|
| **YOLANDA LEE** | **INC. d/b/a NATIONAL ATTORNEY** |
| | **NETWORK** |

By: s/Francis R. Greene

    One of Their Attorneys

 

By: s/Jennifer Weller

    One of Its Attorneys

Daniel A. Edelman

Cathleen M. Combs

James O. Latturner

Francis R. Greene

EDELMAN, COMBS, LATTURNER &
    GOODWIN, LLC

120 S. LaSalle Street, 18th floor

Peter D. Sullivan

Jennifer W. Weller

HINSHAW & CULBERTSON, LLP

222 N. LaSalle Street, Suite 300

Chicago, IL 60601

(312) 704-3000

(312) 739-4200                                    (312) 704-3001 (Fax)
(312) 419-0379 (Fax)

## CERTIFICATE OF SERVICE

       I, Francis R. Greene, hereby certify that on January 30, 2008, I caused to be filed the foregoing document with the Clerk of the Court via the CM/ECF system, which sent notification of such filing to the following party:

Peter D. Sullivan
psullivan@hinshawlaw.com
courtfiling@hinshawlaw.com

Jennifer W. Weller
jweller@hinshawlaw.com

s/Francis R. Greene
Francis R. Greene
