IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BARBARA F. STRICKLAND, YOLANDA LEE, on behalf of plaintiffs and the class described herein,<br><br>   Plaintiff,<br><br>v.<br><br>TSYS TOTAL DEBT MANAGEMENT, INC. d/b/a NATIONAL ATTORNEY NETWORK,<br><br>   Defendant. | Case No.: 08 C 34<br><br>Judge Lindberg<br><br>Magistrate Judge Brown |

## NOTICE OF MOTION

TO: Daniel A. Edelman, Cathleen M. Combs
   Francis R. Greene, and James O. Latturner
   Edelman, Combs, Latturner & Goodwin, LLC
   120 South LaSalle Street, 18th Floor
   Chicago, Illinois 60603

  **PLEASE TAKE NOTICE** that on **February 27, 2008**, at **9:30 a.m.**, or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge George W. Lindberg or any Judge sitting in his stead in Courtroom 1425, in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and then and there present, **MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT,** a copy of which is served upon you.

                      HINSHAW & CULBERTSON LLP

Peter D. Sullivan
Jennifer W. Weller
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
Firm's #90384

                      s/ *Jennifer W. Weller*
                      Jennifer W. Weller

2

## CERTIFICATE OF SERVICE

      I hereby certify that on **February 18, 2008**, I electronically filed above and foregoing **NOTICE OF MOTION and MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served on all parties of record.

                                    HINSHAW & CULBERTSON LLP

Peter D. Sullivan                              s/ *Jennifer W. Weller*
Jennifer W. Weller                           Jennifer W. Weller
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile
Firm's #90384

6276579v1 884700