# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 34 | **DATE** | 2/19/2008 |
| **CASE TITLE** | Strickland, et al. v. TSYS Total Debt Management, Inc. | | |

**DOCKET ENTRY TEXT**

The unopposed motion for enlargement of time to answer or otherwise plead to plaintiff's complaint [21] is granted. Defendant is given until 3/4/08 to answer or otherwise plead.

Docketing to mail notices.

| | Courtroom Deputy Initials: | slb |
|---|---|---|

Case 1:08-cv-00034   Document 23   Filed 02/19/2008   Page 1 of 1

08C34 Strickland, et al. Vs. TSYS Total Debt Management, Inc.,                                               Page 1 of  1