UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Barbara Strickland, et al.
                    Plaintiff,
v.                                              Case No.: 1:08−cv−00034
                                                Honorable George W. Lindberg
TSYS Total Debt Management, Inc.
                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 26, 2008:

MINUTE entry before Judge Honorable George W. Lindberg:Status hearing held and continued to 6/25/2008 at 9:30a.m. Motion to compel arbitration due 4/18/2008. Response to the motion due 5/30/2008. Reply due 6/13/2008. Ruling set for 6/25/2008 at 9:30a.m.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.