IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BARBARA F. STRICKLAND, YOLANDA LEE, on behalf of plaintiffs and the class described herein, | ) ) ) ) | |
| | ) | Case No.: 08 C 34 |
| Plaintiff, | ) ) | Judge Lindberg |
| v. | ) ) | |
| TSYS TOTAL DEBT MANAGEMENT, INC. d/b/a NATIONAL ATTORNEY NETWORK, | ) ) ) | |
| Defendant. | ) ) | |

**NOTICE OF MOTION**

TO:    Daniel A. Edelman, Cathleen M. Combs
       Francis R. Greene, and James O. Latturner
       Edelman, Combs, Latturner & Goodwin, LLC
       120 South LaSalle Street, 18th Floor
       Chicago, Illinois 60603

**PLEASE TAKE NOTICE** that on **April 23, 2008**, at **9:30 a.m.**, or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge George W. Lindberg or any Judge sitting in his/her stead in Courtroom 1425, in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and then and there present, **JOINT MOTION TO VACATE BRIEFING SCHEDULE ON MOTION TO COMPEL ARBITRATION AND TO SET A SCHEDULING CONFERENCE,** a copy of which is served upon you.

HINSHAW & CULBERTSON LLP

Peter D. Sullivan                          s/ *Jennifer W. Weller*
Jennifer W. Weller                         Jennifer W. Weller
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on **April 18, 2008**, I electronically filed above and foregoing **NOTICE OF MOTION and JOINT MOTION TO VACATE BRIEFING SCHEDULE ON MOTION TO COMPEL ARBITRATION AND TO SET A SCHEDULING CONFERENCE** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served on all parties of record.

HINSHAW & CULBERTSON LLP

Peter D. Sullivan
Jennifer W. Weller
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – facsimile

s/ *Jennifer W. Weller*
Jennifer W. Weller

6309462v1 884700