## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Barbara Strickland, et al.
                              Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No.: 1:08−cv−00034
　　　　　　　　　　　　　　　　　　　　Honorable George W. Lindberg

TSYS Total Debt Management, Inc.
                              Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 24, 2008:

      MINUTE entry before the Honorable George W. Lindberg:At the joint request by plaintiff and defendant attorneys, the status hearing scheduled for 6/25/2008 is stricken. Status hearing reset for 7/9/2008 at 09:30 AM. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.