**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| BARBARA F. STRICKLAND, YOLANDA LEE, on behalf of plaintiffs and the class described herein, | ) ) ) ) ) | |
| Plaintiff, | ) ) | 08 C 34 |
| vs. | ) ) | Judge Lindberg |
| | ) | Magistrate Judge Brown |
| TSYS TOTAL DEBT MANAGEMENT INC. d/b/a NATIONAL ATTORNEY NETWORK, | ) ) ) ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Barbara F. Strickland and Yolanda Lee and Defendant TSYS Total Debt Management Inc. d/b/a National Attorney Network hereby stipulate to the dismissal of Plaintiffs' individual claims against Defendant with prejudice, and the claims of the putative class members without prejudice, with each party to bear its own costs and fees.

| | |
|---|---|
| **BARBARA F. STRICKLAND YOLANDA LEE** | **TSYS TOTAL DEBT MANAGEMENT INC. d/b/a NATIONAL ATTORNEY NETWORK** |
| By: s/ Francis R. Greene         One of Their Attorneys | By: s/Jennifer W. Weller       One of Their Attorneys |
| Daniel A. Edelman Cathleen M. Combs James O. Latturner Francis R. Greene EDELMAN, COMBS, LATTURNER & GOODWIN, LLC 120 South LaSalle Street, 18th Floor Chicago IL 60603 (312) 739-4200 (312) 419-0379 (fax) | David M. Schultz Jennifer W. Weller HINSHAW & CULBERTSON LLP 200 N. LaSalle St. Suite 300 Chicago, IL 60601 (312) 704-3000 (312) 704-3001 (Fax) |

## CERTIFICATE OF SERVICE

      I, Francis R. Greene, hereby certify that on July 3, 2008, I filed the foregoing documents with the Clerk of the Court using the CM/ECF System, which sent notification of such filing to the following:

David M. Schultz
dschultz@hinshawlaw.com

Jennifer W. Weller
jweller@hinshawlaw.com

                                                s/Francis R. Greene
                                                Francis R. Greene


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)