UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Barbara Strickland, et al.
                                     Plaintiff,

v.                                                       Case No.: 1:08−cv−00034
                                                           Honorable George W. Lindberg

TSYS Total Debt Management, Inc.
                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 3, 2008:

      MINUTE entry before the Honorable George W. Lindberg:Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Barbara F. Strickland andYolanda Lee and Defendant TSYS Total Debt Management Inc. d/b/a National Attorney Network hereby stipulate to the dismissal of Plaintiffs individual claims against Defendant with prejudice, and the claims of the putative class members without prejudice, with each party to bear its own costs and fees. Civil case terminated. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.